938

and *Norman H. Sokolow*, Deputy Attorney General, for respondent.

No. 247, Misc. MAULDING *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. John Ben Shepperd*, Attorney General of Texas, and *J. Fred Jones*, Assistant Attorney General, for respondents.

No. 255, Misc. REEVES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 260, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Sam Elson* for petitioner. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice *Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 279, Misc. ALLEN *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 297, Misc. GREEN *v.* COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 303, Misc. EDGERLY *v.* KENNELLY ET AL. C. A. 7th Cir. Certiorari denied. *Eugene T. Devitt* for petitioner. *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for Kennelly et al., and *Thomas Dodd Healy, Harold Stickler* and *W. Donald McSweeney* for Gilbert, respondents.

No. 305, Misc. BUCKINGHAM *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.